**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**PHILLIP S. WRIGHT, JR.,**
    **Plaintiff,**

**vs.**                            **Case No.: 3:24cv394/MCR/ZCB**

**JACOBIAN EVANS, et al.,**
    **Defendants.**
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on April 8, 2026. (Doc. 91). The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 91) is adopted and incorporated by reference in this order.

2. The Plaintiff's Motion for Preliminary Injunction, (Doc. 90), is **DENIED**.

1

3.      This case is recommitted to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 16th day of July 2026.


_M. Casey Rodgers_
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**