**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**PHILLIP S. WRIGHT, JR.,**
    **Plaintiff,**

**v.**                               **Case No.:  3:24-cv-394/MCR/ZCB**

**JACOBIAN EVANS, et al.,**
    **Defendants.**
_____/

## <u>ORDER</u>

The magistrate judge issued a Report and Recommendation dated July 1, 2026.  (Doc. 97).  The Court furnished the Parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 97) is adopted and incorporated by reference in this order.

2.    Defendants' Motion for Summary Judgement, (Doc. 77), is **GRANTED in part** to the extent that Plaintiff's request for compensatory damages be dismissed.

3.    Defendants' Motion for Summary Judgement, (Doc. 77), is **DENIED in part** to the extent that it seeks dismissal of Plaintiff's Eighth Amendment failure to protect claims against Defendants.

4.    This case is recommitted to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 3rd day of August 2026.


*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**